# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Dantea Cooper

**Plaintiff,**

**V.**

John/Jane Doe Correctional Officer

**Defendant.**

**Civil Action No.** 26-cv-03903-TWR-BJW

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court dismisses with prejudice this action failure to state a claim pursuant to 28 U.S.C. § 1915(a).

**Date:** 8/3/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ S. Tweedle
S. Tweedle, Deputy